1
2
3
4
5
6
7

8                     UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   MICHAEL ANGELO LENA,                    No.  2:15-cv-2276 TLN DB P

12              Plaintiff,

13        v.                                 FINDINGS & RECOMMENDATIONS

14   FRED FOULK, et al.,

15              Defendants.

16

17        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action under

18   42 U.S.C. § 1983.  By order filed May 11, 2016 (ECF No. 17), plaintiff's complaint was

19   dismissed and thirty days leave to file an amended complaint was granted.  On December 27,

20   2016 (ECF No. 28), plaintiff was given an additional thirty days to file an amended complaint.

21   Plaintiff was advised that his failure to do so would result in dismissal of this action.  Thirty days

22   from that date have now passed, and plaintiff has not filed an amended complaint, or otherwise

23   responded to the court's order.

24        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without

25   prejudice.  See Local Rule 110; Fed. R. Civ. P. 41(b).

26        These findings and recommendations are submitted to the United States District Judge

27   assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

28   after being served with these findings and recommendations, plaintiff may file written objections

                                        1

1  with the court and serve a copy on all parties.  Such a document should be captioned

2  "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that

3  failure to file objections within the specified time may waive the right to appeal the District

4  Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

5  Dated:  February 8, 2017

8  DLB1/prisoner-civil rights/lena2276.fta

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

2